IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY LICHTENSTEIN, THE MEMPHIS AND WEST TENNESSEE AFL-CIO CENTRAL LABOR COUNCIL, THE TENNESSEE STATE CONFERENCE OF THE NAACP, THE EQUITY ALLIANCE, MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, FREE HEARTS,<br><br>Plaintiffs,<br><br>v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, and AMY WEIRICH, in her official capacity as the District Attorney General for Shelby County, Tennessee,<br><br>Defendants. | Civil No.: 3:20-cv-00736<br><br>Judge Aleta A. Trauger |

**MOTION TO EXPEDITE BRIEFING ON
MOTION FOR PRELIMINARY INJUNCTION**

Come now Plaintiffs Jeffrey Lichtenstein, The Memphis and West Tennessee AFL-CIO Central Labor Council, The Tennessee State Conference of the NAACP, The Equity Alliance, Memphis A. Phillip Randolph Institute, and Free Hearts, and respectfully move the Court for an order expediting the briefing schedule set forth in Local Rule 7.01(a)(3) and (4). In support of this motion, Plaintiffs state as follows:

1. Plaintiffs have filed an emergency motion for preliminary injunction that seeks to enjoin Defendants from enforcing Tenn. Code § 2-6-202(c)(3) ("the Law").