IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY LICHTENSTEIN, THE MEMPHIS AND WEST TENNESSEE AFL-CIO CENTRAL LABOR COUNCIL, THE TENNESSEE STATE CONFERENCE OF THE NAACP, THE EQUITY ALLIANCE, MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, FREE HEARTS,<br><br>                              Plaintiffs,<br>    v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, and AMY WEIRICH, in her official capacity as the District Attorney General for Shelby County, Tennessee,<br><br>                              Defendants. | Civil No.: 3:20-cv-00736<br><br>Judge Aleta A. Trauger |

**ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' motion to expedite briefing on their motion for preliminary injunction, being advised of the premises for seeking such motion, it is hereby ORDERED that the motion is GRANTED. Defendants shall fie their response to Plaintiffs' Motion For Preliminary Injunction on or before September 8, 2020. Plaintiffs shall file their reply, if any, on or before September 11, 2020.

**It is SO ORDERED.**

_____
ALETA A. TRAUGER
United States District Judge