IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY LICHTENSTEIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3-20-cv-00736 |
| ) | JUDGE RICHARDSON |
| TRE HARGETT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

The Court will hold a telephonic status conference regarding Plaintiffs' Motion for Preliminary Injunction (Doc. No. 11, "Motion") on Friday, September 11, 2020, at 12:30 p.m. At least one attorney for each side shall participate in the status conference; otherwise, counsel of record, though encouraged to participate, are excused from doing so given that the prudence dictates that the Court schedule this status conference on such short notice.

The parties shall be prepared to discuss—not to say *argue*—matters raised by the Court relevant to the Motion, including Defendants' understanding as to whether the State intends to enforce Tenn. Code Ann. § 2-6-202(c)(3) against persons who give another person a copy of the application for absentee ballot that is now available online. But counsel need not undertake any particular preparations for the call, and the Court will not hold it against a party or its counsel if its counsel is unable on the spot to authoritatively address one or more topics raised by the Court, which should be few in number and primarily logistical in nature.

Counsel may access the conference call by dialing 877-402-9757. When prompted, enter the access code of 3785916 followed by the pound (#) sign. If you have any issues connecting,

please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE