IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEFFREY LICHTENSTEIN, *et al.*

    *Plaintiffs*,

v.

TRE HARGETT, *et al.*

    *Defendants*.

NO. 3:20-cv-00736
JUDGE RICHARDSON

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLY MEMORANDUM

Plaintiffs respectfully request leave of the Court to exceed the 5-page limit set forth in Local Rule 7.01(a)(4) for their reply memorandum in support of their motion for a preliminary injunction. Defendants requested additional pages for their principal brief to address the constitutional challenge presented in the case, and the Court granted that request. Plaintiffs require additional pages to efficiently and thoroughly respond to Defendants' opposition to a preliminary injunction and respectfully request leave to file the 18-page reply memorandum attached hereto.

Plaintiffs request that the Court enter the Proposed Order submitted herewith and deem the reply memorandum attached hereto filed.

Dated: September 11th, 2020                    Respectfully submitted,

                                              */s William L. Harbison*

| | |
|---|---|
| Danielle Lang* | William L. Harbison (No. 7012) |
| Ravi Doshi* | Lisa K. Helton (No. 23684) |
| Molly Danahy* | Christopher C. Sabis (No. 30032) |
| Jonathan Diaz* | Christina R.B. López (No. 37282) |
| Campaign Legal Center | Sherrard, Roe, Voigt & Harbison, PLC |
| 1101 14th Street NW, Suite 400 | 150 3rd Avenue South, Suite 1100 |
| Washington, DC 20005 | Nashville, TN 37201 |
| Tel.: (202) 736-2200 | Phone: (615) 742-4200 |
| dlang@campaignlegalcenter.org | Fax: (615) 742-4539 |
| rdoshi@campaignlegalcenter.org | bharbison@srvhlaw.com |
| mdanahy@campaignlegalcenter.org | lhelton@srvhlaw.com |
| jdiaz@campaignlegalcenter.org | csabis@srvhlaw.com |
| | clopez@srvhlaw.com |

Ezra Rosenberg*
Pooja Chaudhuri*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW Suite 900
Washington, DC 20005
Tel.: (202) 662-8600
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

*Admitted Pro Hac Vice

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, pursuant to Local Rule 5.01, that on this 11th day of September, 2020, the foregoing Motion For Leave To Exceed Page Limit was served via the Court's CM/ECF filing system on the following:

Janet Kleinfelter
Andrew B. Campbell
Alexander Rieger
Matthew D. Cloutier
Office of the Tennessee Attorney General
301 6th Ave. N.
Nashville, Tennessee 37243
janet.kleinfelter@ag.tn.gov
andrew.campbell@ag.tn.gov
alex.rieger@ag.tn.gov
matt.cloutier@ag.tn.gov

*Counsel for Defendants*

                                             */s William L. Harbison*