# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

JEFFREY LICHTENSTEIN, *et al.*

       *Plaintiffs*,

v.

TRE HARGETT, *et al.*

       *Defendants*.

NO. 3:20-cv-00736
JUDGE RICHARDSON

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLY MEMORANDUM

Upon consideration of Plaintiffs' Motion for Leave to Exceed Page Limit for Reply Memorandum, being advised of the premises for seeking such Motion, it is hereby ORDERED that the Motion is GRANTED. The Clerk is directed to deem the proposed Reply Memorandum attached to the Motion as Exhibit A as filed as of the date of this Order.

**It is SO ORDERED.**

_____
ELI J. RICHARDSON
United States District Judge