> The Motion is GRANTED, and the Clerk is directed to file the Reply attached to the Motion as a separate docket entry.
>
> *Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY LICHTENSTEIN, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, *et al.* <br><br> *Defendants*. | NO. 3:20-cv-00736 <br> JUDGE RICHARDSON |

### MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLY MEMORANDUM

Plaintiffs respectfully request leave of the Court to exceed the 5-page limit set forth in Local Rule 7.01(a)(4) for their reply memorandum in support of their motion for a preliminary injunction. Defendants requested additional pages for their principal brief to address the constitutional challenge presented in the case, and the Court granted that request. Plaintiffs require additional pages to efficiently and thoroughly respond to Defendants' opposition to a preliminary injunction and respectfully request leave to file the 18-page reply memorandum attached hereto.

Plaintiffs request that the Court enter the Proposed Order submitted herewith and deem the reply memorandum attached hereto filed.