IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEFFERY LICHTENSTEIN, et al )
)
v. ) NO. 3:20-cv-00736
) Judge Richardson
TRE HARGETT, et al )

**O R D E R**

    This civil action was filed on August 28, 2020. At the time of filing, this case was assigned to District Judge Trauger. On September 2, 2020, Judge Trauger transferred this case to District Judge Richardson as related to an earlier filed case, No. 3:20-cv-00374, which has been referred to Magistrate Judge Frensley for case management.

    After consultation with Judge Frensley, it is hereby ORDERED that this case is transferred to Judge Frensley for all further case management and other matters, including resetting the initial case management conference, and there will be no further proceedings before this Magistrate Judge.

    It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge