IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY LICHTENSTEIN, et al., | ) | |
| Plaintiffs, | ) | NO. 3:20-cv-00736 |
| v. | ) | JUDGE RICHARDSON |
| TRE HARGETT, et al., | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendants' Motion to Dismiss (Doc. No. 46, "Motion"), supported by an accompanying Memorandum of Law (Doc. No. 47). Plaintiffs filed a response in opposition to the Motion (Doc. No. 50, "Response"), and Defendants filed a reply (Doc. No. 51, "Reply"). Additionally, after the Court invited the parties to file supplementals briefs due to an influx of recent circuit court and Supreme Court opinions involving election law, the parties both filed short supplemental briefs in support of their positions (Doc. Nos. 54, 55).

For the reasons stated in the accompanying Memorandum Opinion, the Motion is GRANTED, and Plaintiffs' sole claim asserted in their Complaint is hereby DISMISSED. The Clerk is directed to close the file. This Order shall constitute the final judgment in this case under Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE