# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY LICHTENSTEIN, *et al.*, | ) |
| Plaintiffs, | ) |
| | ) Civil No. 3:20-cv-00736 |
| v. | ) Judge Eli J. Richarson |
| | ) Magistrate Judge Newbern |
| TRE HARGETT, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Jeffrey Lichtenstein, Memphis A. Philip Randolph Institute, The Memphis and West Tennessee AFL-CIO Central Labor Council, The Tennessee State Conference of the NAACP, and Free Hearts appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment (Doc. 58) and memorandum opinion (Doc. 56) entered on December 7, 2021, and from all previous rulings, opinions, and orders adverse to them entered in this case.

Respectfully submitted,

s/ Christopher C. Sabis
William L. Harbison (No. 7012)
Lisa K. Helton (No. 23684)
Christopher C. Sabis (No. 30032)
Christina R.B. López (No. 37282)
Sherrard, Roe, Voigt & Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Phone: (615) 742-4200
Fax: (615) 742-4539
bharbison@srvhlaw.com
lhelton@srvhlaw.com
csabis@srvhlaw.com
clopez@srvhlaw.com

Danielle Lang*
Molly Danahy*
Jonathan Diaz*
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel.: (202) 736-2200
dlang@campaignlegalcenter.org
mdanahy@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org

1

Ezra Rosenberg*
Pooja Chaudhuri*
Lawyers' Committee for Civil Rights Under
Law 1500 K Street NW Suite 900
Washington, DC 20005
Tel.: (202) 662-8600
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

*Admitted Pro Hac Vice
*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify, pursuant to Local Rule 5.01, that on this 6th day of January 2022, the foregoing Notice of Appeal was served via the Court's CM/ECF filing system on the following:

Janet Kleinfelter, Esq.
Andrew B. Campbell , Esq.
Alexander Rieger, Esq.
Matthew D. Cloutier, Esq.
Office of the Tennessee Attorney General
301 6th Ave. N.
Nashville, Tennessee 37243
Janet.kleinfelter@ag.tn.gov
Andrew.campbell@ag.tn.gov
Alex.rieger@ag.tn.gov
Matt.cloutier@ag.tn.gov

*Counsel for Defendants*

s/ Christopher C. Sabis